ADA V. TINSLEY, Respondent, *v.* JAMES A. SMITH et al., Co-partners under the Firm Name of THE EDWARD P. HAMPSON COMPANY et al., Defendants, and GENEVIEVE C. SKELLY et al., as Executors of PATRICK SKELLY, Deceased, Appellants.

*Tinsley* v. *Smith,* 115 App. Div. 708, affirmed.
(Argued January 27, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Martin Paskus* for appellants.

*Amos H. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

JOSEPH H. ROSE et al., Appellants, *v.* JOHN B. ROSE, Individually and as Trustee under the Will of JOHN C. ROSE, Deceased, et al., Respondents.

*Rose* v. *Rose,* 121 App. Div. 909, affirmed.
(Argued January 28, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 26, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for an accounting and for the removal of the trustee herein.

*A. H. F. Seeger* and *John J. Beattie* for appellants.

*Charles F. Brown, Abram J. Rose, Alfred C. Petté* and *Howard Thornton* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.